FILED
ASHEVILLE, N.C.

AUG 18 2010

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 2:10CR14 |
| ) | |
| vs. ) | **ORDER TO UNSEAL** |
| ) | |
| 1)THOMAS LEE COOK, ) | |
| 2)PATRICK JESSE DALTON, ) | |
| 3)JEFFREY LOWELL FOUTS, ) | |
| 4)HENRY QUEEN LITTLEJOHN, ) | |
|     A.K.A "SCOOTER" ) | |
| 5)JASMINE MICHELLE LITTLEJOHN, ) | |
| 6)_____ ) | |

THIS MATTER is before the Court upon the Government's motion to unseal redacted Bill of Indictment.

For reasons stated in the Government's motion and for good cause shown, IT IS, THERFORE, ORDERED that the Government's motion is ALLOWED and the Bill of Indictment (document 3), Motion to Seal (document 1), and the Order to Seal (document 2) remain sealed and that the redacted Bill of Indictment be unsealed.

This the 18th day of August, 2010.

_____
DENNIS L. HOWELL
UNITED STATES MAGISTRATE