# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL CASE NO. 2:10cr14

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ) | |
| **(3) JEFFREY LOWELL FOUTS.** ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's motion for dismissal of the forfeiture of 200 Sitton Creek Road. [Doc. 149].

For the reasons stated in the Government's motion, and for good cause shown,

**IT IS THEREFORE, ORDERED** that the Government's motion [Doc. 149] is **ALLOWED**, and the forfeiture of the real property described in the Notice of Forfeiture and Finding of Probable Cause of the Bill of Indictment as "200 Sitton Creek Road, Bryson City, Swain County, North Carolina, being real property, together with the residences, and all appurtenances, improvements, and attachments thereon" is hereby **DISMISSED**.

**IT IS FURTHER ORDERED** that the Consent Order and Judgment of Forfeiture [Doc. 74], which orders the forfeiture of the real property

described therein as "200 Sitton Creek Road, Bryson City, Swain County, North Carolina, as described in a deed at Book 257, Page 463 located in the Register of Deeds for Swain County, North Carolina, being real property, together with the residences, and all appurtenances, improvements, and attachments thereon," is hereby **VACATED**.

**IT IS SO ORDERED.**

Signed: June 16, 2011

Martin Reidinger
United States District Judge